IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nunley, Gregory L | Case Number: 08 B 24357 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 9/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 0.00 |
| 2. | Car Financial Services | Secured | 18,537.48 | 0.00 |
| 3. | Premier Bankcard | Unsecured | 50.54 | 0.00 |
| 4. | Sallie Mae | Unsecured | 567.30 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 64.99 | 0.00 |
| 6. | PRA Receivables Management | Unsecured | 136.55 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 4,779.90 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 9. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | JNR | Unsecured | | No Claim Filed |
| 13. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | MRSI | Unsecured | | No Claim Filed |
| 16. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 17. | Professional Account Management | Unsecured | | No Claim Filed |
| 18. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Pay Day Loans | Unsecured | | No Claim Filed |
| | | | $ 27,620.76 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Nunley, Gregory L | Case Number: 08 B 24357 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 9/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*